UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STANLEY LUCKETT,

                  Plaintiff,                  No. 11-CV-11107

vs.                                            Hon. Gerald E. Rosen

MARIO BAYONETO and
JOHN UPP,

                  Defendants.

_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT

     This matter having come before the Court on the July 15, 2013 Report and Recommendation of United States Magistrate Judge David R Grand recommending that the Court dismiss Plaintiff's Complaint, in its entirety, with prejudice; and no timely objections to the Magistrate Judge's Report and Recommendation having been filed; and the Court having reviewed the Magistrate Judge's Report and Recommendation, and the Court's file of this action and having concluded that, for the reasons stated in the Report and Recommendation, Plaintiff's Complaint this case should be dismissed in its entirety, without prejudice, and the Court being otherwise fully advised in the premises,

     NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of June 13, 2013 **[Dkt. # 49]** be, and hereby is, adopted by this Court.

     IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's

Report and Recommendation, Plaintiff's Complaint is hereby DISMISSED pursuant to Fed. R. Civ. P. 41(b), with prejudice.

IT IS FURTHER ORDERED that Defendants' Motion for Summary Judgment **[Dkt. # 45]** is dismissed as moot.

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated:  September 16, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 16, 2013, by electronic and/or ordinary mail.

s/Julie Owens
Case Manager, (313) 234-5135