UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STANLEY LUCKETT,

                Plaintiff,                No. 11-CV-11107

vs.                                    Hon. Gerald E. Rosen

MARIO BAYONETO and
JOHN UPP,

                Defendants.
_____/

## JUDGMENT

The Court having this date entered an Order adopting the Magistrate Judge's July 15, 2013 Report and Recommendation and dismissing Plaintiff's Complaint, in its entirety, with prejudice,

NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a JUDGMENT of DISMISSAL, WITH PREJUDICE, be, and hereby is, entered.

                                        s/Gerald E. Rosen
                                        Chief Judge, United States District Court

Dated: September 16, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 16, 2013, by electronic and/or ordinary mail.

                                        s/Julie Owens
                                        Case Manager, (313) 234-5135